# Exhibit A

To: Shirley De Paol

Lisa's Priceless Pets and Lisa Filippini took as good faith to give you a chance at a job of dog grooming. You came with zero experience.

Miss Filippini took you on in good faith and to give you the guidance you needed to become an experience dog groomer. You agree to 30% to learn Miss Filippini never rushed you she gave you a chance to learn. Your lack of education, experience, attitude proper training effected your progress It is not anyone else's fault if you can not do more dogs you never appreciated Miss Filippini kindness to help you .

If you continue to place defamatory comments against Lisa's Priceless Pets Miss Filippini will file charges against you. We have witnesses and cameras of every day activity also your comments.

Lisa's Priceless Pets paid you exactly according to the law


Sincerely Yours,


Jonathan Stone

Attorney for Lisa's Priceless Pets

