UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In Re:**<br>**DIANA KEMP**<br>*Debtor.* | **Case No.:** 25-16553-SLM<br>**Chapter:** 13<br>**Judge:** Hon. Stacey L. Meisel<br>**Hearing Date:** March 10, 2026 at 10:00 AM |

## NOTICE OF MOTION BY NON-PARTY MARK FILIPPINI
## TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER

**PLEASE TAKE NOTICE** that **Mark Filippini** (hereinafter "Movant"), appearing *Pro Se* as a non-party to this bankruptcy, has filed papers with the Court to request an **ORDER TO QUASH A SUBPOENA** issued by Creditor Everett (Shannon) Reilly, and for a **Protective Order** preventing further harassment of the Debtor's extended family.

*YOUR RIGHTS MAY BE AFFECTED.* You should read these papers carefully.

If you do not want the Court to grant this motion, or if you want the Court to consider your views, you or your attorney must file with the clerk a written response explaining your position no later than 7 days prior to the hearing date.

The Movant respectfully requests this Motion be heard alongside the Debtor's currently scheduled Motion to Quash, set for the date and time below:

| **Hearing Date:**<br>March 10, 2026 | **Hearing Time:**<br>10:00 AM | **Hearing Location:**<br>Courtroom 3A<br>MLK Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|---|

Dated: 2/20/26

*Mark Filippini*

**MARK FILIPPINI, Non-Party Movant Pro Se**
667 Hurricane Road
Keene, NH 03431