UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Case No.: 25-16553-SLM  |  In Re: DIANA KEMP

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

I respectfully submit that no legal brief is necessary for the Court to consider this motion. This motion relies on straightforward factual evidence regarding undue burden on a non-party and clear documentary evidence of clerical error, and does not involve complex issues of law that would require a memorandum.

Dated: __2/20/26__

_____

MARK FILIPPINI, Non-Party Movant Pro Se