## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY
Case No.: 25-16553-SLM    |    In Re: DIANA KEMP

## INDEX OF EXHIBITS

*Attach the following documents behind the Certification in alphabetical order (Exhibit A on top, Exhibit C on bottom).*

| Exhibit | Description |
|---------|-------------|
| Exhibit A | February 18, 2026 Letter and Subpoena Demand from Schlam Stone & Dolan directed to Mark Filippini |
| Exhibit B | Debtor's Schedule showing Jonathan Stone's erroneous use of Lisa Filippini's EIN (82-3837807) on Diana Kemp's petition |
| Exhibit C | February 12, 2026 Letter from the Supreme Court of New Jersey District XA Ethics Committee confirming the active grievance investigation against Jonathan Stone |