UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Case No.: 25-16553-SLM   |   In Re: DIANA KEMP

CERTIFICATION OF SERVICE

1   I am the Movant in this case and am representing myself Pro Se

2.  On [Date Mailed]: 2\24\26          . I served a copy of the following documents upon all parties
    listed below via Regular Mail:

[X]     Notice of Motion

[X]     Certification in Support (with Exhibits A through C)

[X]     Statement as to Why No Brief is Necessary

[X]     Proposed Order

## Served Upon:

| Chapter 13 Trustee   Albert Ruzzo | David J. Goldsmith, Esq. |
| *[Insert Trustee Name & Address]* | Schlam Stone & Dolan LLP |
| CN Po. 4853 | 26 Broadway, 19th Floor |
| Trenton NJ 08650 | New York, NY 10004 |

I certify under penalty of perjury that the above is true and correct.

Dated:  2/20/26

*Mark Filippini*

MARK FILIPPINI, Non-Party Movant Pro Se