## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>DIANA KEMP<br>*Debtor.* | Case No.: 25-16553-SLM<br>Chapter: 13<br>Judge: Hon. Stacey L. Meisel<br>Hearing Date: [Clerk will assign] |

## ORDER GRANTING MOTION TO QUASH SUBPOENA
## AND FOR PROTECTIVE ORDER

The Court having reviewed the Non-Party Movant's Motion and any opposition thereto, and for good cause shown, it is hereby:

## ORDERED

1. The subpoena served upon Mark Filippini by Creditor Everett (Shannon) Reilly. dated on or about November 13, 2025, and all subsequent demands for document production related thereto, are hereby **QUASHED**.

2. The Creditor is prohibited from issuing further subpoenas to Mark Filippini, or initiating further discovery against him, without prior, specific leave of this Court.

3. Mark Filippini is relieved of any obligation to respond to the February 18, 2026 demand letter issued by Schlam Stone & Dolan.

Dated: _____

_____

**HON. STACEY L. MEISEL, U.S.B.J.**