# EXHIBIT B

## Schedule Showing Erroneous EIN on Diana Kemp's Petition

Employer Identification Number:
82-3837807

Form:  SS-4

Number of this notice:   CP 575 A

LISAS PRICELESS PETS LLC
LISA FILIPPINI SOLE MBR
24 KONNER DRIVE
FRANKLIN, NJ   07416

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you EIN 82-3837807.  This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees.  Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above.  Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN.  If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file the following form(s) by the date(s) shown.

            Form 941
            Form 940                          04/30/2018
                                              01/31/2019

If you have questions about the form(s) or the due date(s) shown, you can call us at the phone number or write to us at the address shown at the top of this notice.  If you need help in determining your annual accounting period (tax year), see Publication 538, *Accounting Periods and Methods*.

We assigned you a tax classification based on information obtained from you or your representative.  It is not a legal determination of your tax classification, and is not binding on the IRS.  If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue).  Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election*.  See Form 8832 and its instructions for additional information.

If you are required to deposit for employment taxes (Forms 941, 943, 940, 944, 945, CT-1, or 1042), excise taxes (Form 720), or income taxes (Form 1120), you will receive a Welcome Package shortly, which includes instructions for making your deposits electronically through the Electronic Federal Tax Payment System (EFTPS).  A Personal Identification Number (PIN) for EFTPS will also be sent to you under separate cover. Please activate the PIN once you receive it, even if you have requested the services of a tax professional or representative.  For more information about EFTPS, refer to Publication 966, *Electronic Choices to Pay All Your Federal Taxes*.  If you need to make a deposit immediately, you will need to make arrangements with your Financial Institution to complete a wire transfer.

Debtor 1    Diana                    Kemp                        Case number *(if known)*_____
            First Name    Middle Name    Last Name

Part 11    Give Details About Your Business or Connections to Any Business

7. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

*Mr Stone wrote Mom is owner false lier*

| Lisa's Priceless Pets, LLC | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN |
| Name | Dog grooming | EIN: 8 2 - 3 8 3 7 8 0 7 |
| 16 Newark Pompton Turnpike | Name of accountant or bookkeeper | Dates business existed |
| Number    Street | Larry Stetz, CPA | |
| Pompton Plains, NJ 07444 | | From 12/22/2017 To _____ |
| City    State    ZIP Code | | |

8. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No

☐ Yes. Fill in the details below.

| | Date issued |
| Name | |
| | MM / DD / YYYY |
| Number    Street | |
| | |
| City    State    ZIP Code | |

*Mr Stone forged this for Schlam Stone a Dolan*

*He wrote my # on my Moms paper*



Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25-16553-SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Diana Kemp
dba Lisa's Priceless Pets, LLC — *Diana Kep is not a owner*
667 Hurricane Road
Keene, NH 03431

Social Security No.:
xxx-xx-4998

Employer's Tax I.D. No.: —> *Lisa Filippini tax #*
82-3837807

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 3/10/26 at 10:00 AM

to consider and act upon the following:

58 – Motion to Quash Subpoena (related document:56 Motion (Generic) filed by Creditor Shannon Reilly) filed by Lisa Ann Filippini.. (dlr)Modified docket entry on 2/11/2026 to reflect Motion to Quash Subpoena (ntp).

Dated: 2/11/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

022096                                    1 4 3 0 8 0 2 2 1 1 8 0 1 9