# EXHIBIT C

## Ethics Committee Letter — Bar Grievance Investigation

SUPREME COURT OF NEW JERSEY

Case 25-16553-JKS    Doc 66-8    Filed 02/26/26    Entered 02/27/26 10:40:54    Desc
Exhibit C-Ethics Committee Letter- Bar Grievance Investigation    Page 2 of 2

Risa D. Rich, Esq., Chair
Paul R. Marino, Esq., Vice Chair
Rachel A. Parisi, Esq.
I. Richard Ploss, Esq.
Claudia A. Reis, Esq.
Diego Juan Rosado, Esq
Jennifer A. Kelliher, Esq.
Patrick Brian Kiernan, Esq.
Robert J. Magrane, Esq.
Svetlana Ros, Esq.
Matthew M. Caminiti, Esq.
Kieran T. Ensor, Esq.
Matthew R. Major, Esq.
Tanya M. Mascarich, Esq.
Joseph M. Murphy, Jr., Esq.
Eric L. Probst, Esq.
Philip Rosenbach, Esq.
Jennifer Lazor, Esq.
Erica G. Litvak, Esq.
Roshni Himesh Patel, Esq.
Thomas G. Rantas, Esq.
Christopher V. Raupers, Esq.
Angela M. Scafuri, Esq.
S. Jason Teele, Esq.

Public Members
Daniel P. Coleman
Juliette M. Collins
Laura Lutz
David R. Bergman
Joel T. Prussin
John B. Levitt
Tricia Nikiel

Secretary
Caroline Record, Esq.
Greenbaum Rowe Smith Davis
LLP
75 Livingston Avenue
Roseland NJ 07068
(973) 577-1884

## DISTRICT XA ETHICS COMMITTEE

### FOR EAST MORRIS AND SUSSEX COUNTIES

**_PERSONAL & CONFIDENTIAL_**

*Please reply to:*
*Secretary*

February 12, 2026

Lisa A. Filippini
20 Komer Drive
Franklin, NJ 07416

Re: Lisa A. Filippini v Jonathan Stone, Esq.
Docket No. XA-2026-0005E

Dear Lisa,

We are in receipt of your grievance wherein you complain of the conduct of the above mentioned attorney. Please be advised that this matter has been assigned to the following member of this committee for investigation:

Joseph M. Murphy, Jr., Esq.
Fox Rothschild, LLP
49 Market Street
Morristown, NJ 07960

By copy of this letter, I am submitting your grievance to said committee investigator so that the investigation can commence. In the future, please address all inquiries and any additional information that may come to your attention to this investigator who will be in touch with you shortly.

Very truly yours,

*Caroline Record Esq/vjd*

Caroline Record, Esq., Secretary
District XA Ethics Committee

CR/vjd

cc:    Risa D. Rich, Esq., Chair (w/enc.)
       Paul R. Marino, Esq., Vice Chair (w/o enc.)
       Joseph M. Murphy, Esq., Investigator (w/enc.)
       Jonathan Stone, Esq., Respondent (w/o enc.)