Sending along the proof of ownership again.My lawyer that did my LLC

Ray Castellano says this paper proves I am the only owner of

Lisa's priceless pets. Schlam .Stone and Dolan were giving this proof in the way beginning in 2024 . They told me when I sent it 'Too bad we can do what we want '.They have continued to lie to the courts over and over again that my mother is a owner. THEY HAVE TORTURED HER . They even got Michael Chong and Jonathan Stone to lie along with them. I can't understand how they can get away with this.. I PROMISE I will fight to get the judge to see this. . Schlam stone and Dolan needs to immediately stop harassing my mother and her name immediately off this fraudulent lawsuit. Also they just started harassing my brother. My name and my business should be thrown off this fraudulent lawsuit. The evidence shows that I am right. I am also sending all this information to the civil Federal courts too, where they have my case on hold.. Also sending my EIN number, my personal tax identification number that states that I am the sole owner of Lisas Priceless Pets.

# Certificate of Formation

## Limited Liability Company

### for

## Lisa's Priceless Pets, LLC

> **FILED**
>
> DEC 2 2 2017
>
> STATE TREASURER

0600447237

THIS IS TO CERTIFY THAT there is hereby organized a Limited Liability Company under and by virtue of the New Jersey Limited Liability Company Act (N.J.S.A. 42:2C et seq.).

**FIRST**:  The name of the Limited Liability Company is:

Lisa's Priceless Pets, LLC

**SECOND**:  The purpose for which this Limited Liability Company is organized is to engage in any activity within the purposes for which Limited Liability Companies may be formed pursuant to the New Jersey Limited Liability Company Act.

**THIRD**:  The name and address of the registered agent is Lisa Filippini, 20 Konner Drive, Franklin, NJ 07416.

**FOURTH**:  The Limited Liability Company shall have at least one member.

**FIFTH**:  The duration of the Limited Liability Company is perpetual.

In Witness Whereof, the undersigned has been authorized to sign this Certificate of Formation this 21st day of December, 2017.

_Diane P. Elrath, Vice President_

Capitol Information Service, Inc.
172 West State Street
Trenton, NJ 08608

FILED FOR:   Ray Castellano, Esq.
344175       Ray Castellano, Esq., LLC
             874 Pompton Avenue—
             Unit B2
             Cedar Grove, NJ 07009

Employer Identification Number: 82-3837807

LISAS PRICELESS PETS LLC
LISA FILIPPINI SOLE MBR
24 KONNER DRIVE
FRANKLIN, NJ  07416

Form:  SS-4

Number of this notice:  CP 575 A

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you EIN 82-3837807.  This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees.  Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above.  Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN.  If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file the following form(s) by the date(s) shown.

|  |  |
| --- | --- |
| Form 941 | 04/30/2018 |
| Form 940 | 01/31/2019 |

If you have questions about the form(s) or the due date(s) shown, you can call us at the phone number or write to us at the address shown at the top of this notice.  If you need help in determining your annual accounting period (tax year), see Publication 538, *Accounting Periods and Methods*.

We assigned you a tax classification based on information obtained from you or your representative.  It is not a legal determination of your tax classification, and is not binding on the IRS.  If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue).  Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election*.  See Form 8832 and its instructions for additional information.

If you are required to deposit for employment taxes (Forms 941, 943, 940, 944, 945, CT-1, or 1042), excise taxes (Form 720), or income taxes (Form 1120), you will receive a Welcome Package shortly, which includes instructions for making your deposits electronically through the Electronic Federal Tax Payment System (EFTPS).  A Personal Identification Number (PIN) for EFTPS will also be sent to you under separate cover.  Please activate the PIN once you receive it, even if you have requested the services of a tax professional or representative.  For more information about EFTPS, refer to Publication 966, *Electronic Choices to Pay All Your Federal Taxes*.  If you need to make a deposit immediately, you will need to make arrangements with your Financial Institution to complete a wire transfer.