**CERTIFICATION OF DIANA KEMP IN SUPPORT OF MOTION TO STAY OR QUASH SUBPOENAS**

1. I am the debtor in this matter and submit this Certification in support of my Motion. I am proceeding pro se. Any assistance received in preparing this document was strictly clerical in nature. All statements herein are based upon my personal knowledge.

2. I am not now, nor have I ever been, an owner, officer, employee, or agent of Lisa's Priceless Pets. I have never had any ownership interest, management role, or financial control over the business, which is solely owned and operated by Lisa Ann Filippini.

3. At the hearing held on or about April 9, 2026, the Court permitted limited discovery and reduced the scope of the requests to a narrower time period. I respectfully acknowledge the Court's ruling.

4. However, even the reduced scope of discovery remains premature and unduly burdensome given that there are ongoing disputes, objections, and pending matters before the Court that directly affect the necessity and relevance of the requested information.

5. The discovery requests arise from allegations relating to the sale of my home in 2023.

6. The home was sold in 2023 and all funds were distributed and used in 2023.

7. At the time of the home sale and distribution of funds, there was no lawsuit, no claim, no judgment, and no foreseeable dispute involving the parties now seeking discovery.

8. Accordingly, there could not have been any intent to evade creditors or conceal assets, as no such creditors or claims existed at that time.

9. The subpoenas seek private and sensitive financial information that is entirely unrelated to any legitimate claim in this matter.

10. Compliance with such subpoenas would impose an undue burden and constitute an unnecessary invasion of privacy.

11. There are additional motions, objections, and issues currently pending before the Court that directly impact the relevance and necessity of the requested discovery.

12. Proceeding with production at this time would result in the unnecessary disclosure of personal financial information that may ultimately prove irrelevant depending on the Court's rulings.

13. To the extent that any subpoenas or discovery requests seek records from or concerning Mark Filippini, such requests should be quashed or stayed, as he is not an owner, officer, employee, or agent of Lisa's Priceless Pets and has no involvement in its operations or finances.

14. Expanding discovery to include additional non-parties constitutes an improper and unnecessary burden and exceeds the appropriate scope of discovery.

15. For all of these reasons, I respectfully request that the Court stay enforcement of any subpoenas or discovery requests directed to me, or in the alternative, further limit such requests until the pending matters are resolved.

**CERTIFICATION UNDER PENALTY OF PERJURY**

I certify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.
Date: _4/16/26_

*Diana Kemp*

Diana Kemp