**EXHIBIT A**

Copy of subpoena or request from Schlam Stone & Dolan.

David J. Goldsmith
SCHLAM STONE & DOLAN LLP
26 Broadway, 19th Fl.
New York, New York 10004
Tel.: (212) 344-5400
Fax: (212) 344-7677
Email: dgoldsmith@schlamstone.com

*Attorneys for Creditor Shannon Reilly, a/k/a Everett Reilly*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| In Re: | : | Case No. 25-16553-JKS |
| DIANA KEMP, | : | Chapter 13 |
| Debtor. | : | Hon. John K. Sherwood |

## ORDER DENYING MOTIONS TO QUASH SUBPONAS

Upon the motions filed on behalf of debtor Diana Kemp ("Debtor") and non-party Mark

Filippini ("Filippini") for an order seeking to quash a subpoenas served by Creditor Everett

Reilly ("Reilly") under Rule 2004 to T.D. Bank and Mark Filippini, (Dkt. Nos. 58, 68, 72, the

"Motions"); and notice of the Motion having been provided as set forth in the Motions; and after

due deliberation and cause appearing; therefore, it is hereby:

ORDERED that Debtor shall produce her bank records from January 1, 2023 through

December 31, 2024, to Reilly on or before April 30, 2026; and

ORDERED that the Motions are otherwise denied without prejudice.

Dated: Newark, New Jersey
_____, 2026

THE HONORABLE JOHN K. SHERWOOD
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT B**
Court hearing notice for May 14, 2026.

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25–16553–JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Diana Kemp
dba Lisa's Priceless Pets, LLC
667 Hurricane Road
Keene, NH 03431

Social Security No.:
xxx–xx–4998

Employer's Tax I.D. No.:
82–3837807

*Lisa's tax ID*

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 5/14/26 at 10:00 AM

to consider and act upon the following:

82 – Motion re: For Clarification and to Correct the Record Filed by Diana Kemp.. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Proposed Order # 3 Certificate of Service) (zlh)

Dated: 4/6/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court